Michael J. Smikun, Esq.
650 From Road, Suite 240
Paramus, NJ 07652
Tel: (201) 261-1700
Fax: (201) 549-6236
Email: msmikun@callagylaw.com
*Attorneys for Petitioner*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/14/2025
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Physiologic Assessment Services, LLC<br><br>Petitioner,<br><br>v.<br><br>Emblem Health<br><br>Respondent. | Civil Action No.7:25-cv-05003-NSR<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

**MEMO ENDORSED**

PLEASE TAKE NOTICE that, Plaintiff, by and through undersigned counsel, and pursuant to Local Rule 6.1(a), respectively moved the Court for an extension of time to file a response brief in opposition to Defendant's Brief in Support of Motion to Dismiss. Plaintiff states the following:

1. Plaintiff filed the Complaint in this matter on June 13, 2025.
2. Defendant filed a Motion to Dismiss the Complaint on August 7, 2025.
3. Plaintiff's Opposition to the Motion to Dismiss is currently due on August 14, 2025.
4. Plaintiff respectfully requests an extension of three (3) weeks, up to and including September 4, 2025, to file the Opposition.
5. This request is made with the consent of both parties.
6. The requested extension is necessary as both parties are engaging in high level settlement discussions which may resolve the matter.
7. This request is made in good faith and not for purposes of delay. No party will be prejudiced by the brief extension, and the interested of justice will be served by permitting full and fair briefing of the pending motion.

See p. 2

WHEREFORE, Plaintiff respectfully requests that the Court grant this consent motion and extend the deadline for Plaintiff's response brief up to and including September 4, 2025.

Attorney for Petitioner<br>
CALLAGY LAW, PC<br>
<br>
By: <u>/s/ Michael J. Smikun, Esq.</u><br>
Michael J. Smikun, Esq.<br>
650 From Road, Suite 240<br>
Paramus, NJ 07652<br>
Tel: (201) 261-1700<br>
Fax: (201) 549-6236<br>
Email: msmikun@callagylaw.com<br>
<i>Attorneys for Petitioner</i>

Dated: August 11, 2025

**The Court DENIES, without prejudice to renew, Respondent's cross-motion to dismiss for failure to adhere to Rule 3(A)(ii) of Judge Román's Individual Rules of Practice in Civil Cases. To clarify, the briefing schedule set in the Order at ECF No. 11, is in connection with the motion to confirm arbitration award ONLY. As such, the Parties are to file all papers in connection with the motion to confirm arbitration award ONLY on August 25, 2025. The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 16.**

**Dated: August 14, 2025**
**White Plains, New York**

SO ORDERED:

_[signature]_
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE